**Order entered April 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00514-CR

### ERIC ROMO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61709-M**

## ORDER

Before the Court is appellant's April 1, 2019 motion to substitute counsel. In his motion, appellant requests permission to substitute Niles Illich as his attorney of record so that Mr. Illich could file a response to appointed counsel's *Anders* brief. On April 4, 2019, the Court transmitted a letter to Mr. Illich stating its opposition to such a limited engagement and requesting clarification of Mr. Illich's role in appellant's representation. On April 5, 2019, Mr. Illich responded with a letter stating his intention to represent appellant in all aspects of his direct appeal, including determining whether the current *Anders* brief should be withdrawn, filing a merits brief if appropriate, and filing any motions for rehearing or motions for en banc reconsideration.

With Mr. Illich's clarification of the scope of his representation in place, the Court **GRANTS** the motion to substitute counsel. We **DIRECT** the Clerk of the Court to **REMOVE** Valencia Bush and **SUBSTITUTE** Niles Illich as counsel for appellant. All future correspondence shall be sent to Niles Illich; 15455 Dallas Parkway; Suite 540; Dallas, Texas 75001; telephone: (972) 204-5452; email: Niles@scottpalmerlaw.com.

We **STRIKE** Valencia Bush's December 12, 2018 motion to withdraw as counsel.

Within **THIRTY DAYS** of the date of this order, Mr. Illich shall either (1) file a motion to withdraw endorsing the current *Anders* brief on file with whatever revisions he deems appropriate to supplement the *Anders* brief, or else (2) withdraw the *Anders* brief and file a brief on the merits on appellant's behalf.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to counsel for the State, Valencia Bush, and Niles Illich. We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Eric Romo; TDCJ# 02197622; Eastham Unit; 2665 Prison Road #1; Lovelady, Texas 75851.

/s/ BILL PEDERSEN, III
JUSTICE